**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**GARDY GREGORY**                                               **CIVIL ACTION**
**ALEXANDRE**

**VERSUS**                                                       **NO. 25-951-SDD-RLB**

**K. JORDAN, et al.**

---

**ORDER**

Considering the emergency Motion for Relief from Restriction on Transfer (Doc. 47) filed by Petitioner, Gardy Gregory Alexandre (Petitioner),

**IT IS ORDERED** that the Motion for Relief (Doc. 47) is **GRANTED** for the <u>sole purpose</u> of effectuating **removal** to one country—**Haiti**.

**IT IS FURTHER ORDERED** that the restriction on **transfer** from the Louisiana State Penitentiary is lifted for the <u>sole purpose</u> of effectuating **removal** of Petitioner from the United States to **Haiti**.

**IT IS FURTHER ORDERED** that counsel for the Government shall immediately notify the Government that Petitioner, Gardy Gregory Alexandre, can be **removed** from the United States to **Haiti** as soon as possible.

If Petitioner is removed to Haiti, and no issues remain in this litigation, Petitioner's counsel is directed to move for voluntary dismissal within 7 days of Petitioner's removal to Haiti.

Signed in Baton Rouge, Louisiana, on <u>May 1, 2026</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**