# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**GARDY GREGORY ALEXANDRE**            **CIVIL ACTION**

**VERSUS**                              **NO. 25-951-SDD-RLB**

**KEVIN JORDAN AND**
**PAM BONDI,** *at al.*

## ORDER

CONSIDERING the foregoing Motion for Voluntary Dismissal;

IT IS ORDERED that the above captioned case be dismissed without prejudice.

Baton Rouge, Louisiana, on         June 16        , 2026.

 

**SHELLY D. DICK, CHIEF JUDGE**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA